**FILED**
**CLERK, U.S. DISTRICT COURT**

2/24/2015

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zonya Perez, an individual,<br><br>              Plaintiff,<br><br>   vs.<br><br>Trans Union, LLC, a limited liability company,<br><br>              Defendant. | Case No. CV14-00138-MWF (FFMx)<br><br>**JUDGMENT** |

1

The Motion for Summary Judgment of Defendant Trans Union, LLC came on for hearing on January 12, 2015.  The Court, having read and considered the supporting points and authorities and evidence, having heard the arguments of counsel, and good cause appearing therefore, ordered that Defendant's Motion for Summary Judgment be GRANTED.  (Order Granting Motion for Summary Judgment (Docket No. 33)).

In light of the foregoing, in accordance with the Order, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered against Plaintiff Zonya Perez and in favor of Defendant Trans Union, LLC;

2. Perez will take nothing by way of the Complaint against Trans Union and this action is dismissed with prejudice on its merits and in its entirety as to Trans Union, LLC; and

3. Trans Union, LLC may submit an application to tax costs according to proof.

DATED:  February 24, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge

2