UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 14-138-MWF(FFMx)**                                   Dated: **March 6, 2015**

Title:      Zonya Perez -v- Experian Information Solutions, Inc. et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on March 6, 2015, the Court sets a hearing for Order To Show Cause Re Default Judgment for **April 6, 2015 at 11:30 a.m.**  If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

**IT IS SO ORDERED.**

MINUTES FORM 90                                                                                 Initials of Deputy Clerk   cw
CIVIL - GEN

-1-