JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zonya Perez, | Case No. CV14-00138–MWF (FFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Experian Information Solutions, Inc.; et al., | |
| Defendants. | |

Defendant MARAUDER CORPORATION, having been served with a copy of the Summons and Complaint in this action, the time having passed for Defendant to answer, the default of Defendant having been duly entered, and for good cause appearing from the Motion of Plaintiff ZONYA PEREZ, for Entry of Default Judgment Against Defendant, and the evidence submitted in support of the Motion,

//
//
//
//
//

1 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** the
2 Court enters Judgment in favor of ZONYA PEREZ and against Defendant
3 MARAUDER CORPORATION as follows:

| | |
|---|---|
| Statutory Damages | $1,000.00 |
| Actual Damages | $ 25,000.00 |
| Attorneys' Fees | $ 2,160.00 |
| **Total** | **$ 28,160.00** |

The Court also awards costs, and post-judgment interest at the rate provided for in 28 U.S.C. § 1961 and 15 U.S.C. § 1692k(a)(3).

DATED: June 17, 2015

*[signature]*

MICHAEL W. FITZGERALD
United States District Court Judge